THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARK A. WIN  (CSB #206077)
Special Assistant United States Attorney
    333 Market St., Suite 1500
    San Francisco, CA 94105
    Tel: (415) 977-8980
    Fax: (415) 744-0134
    Email:  Mark.Win@ssa.gov

Attorneys for Defendant Michael J. Astrue,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RODNEY G. RUSH, | No. EDCV 08-1621 AGR |
|     Plaintiff, | |
|     v. | **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: July 31, 2009

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE